## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CSAA GENERAL INSURANCE COMPANY, | CV 24–11–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| RODNEY AND BRENDA HARDING, JOHN AND VIRGINIA MONIZ, RIVER RAPP, and ANTHONY JAMES, | |
| Defendants. | |

Plaintiff CSAA General Insurance Company has notified the Court that it wishes to voluntarily dismiss the above-captioned matter.  (Doc. 5.)  Defendants have not been served and have not filed an answer, so dismissal is proper under Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE.  The Clerk of Court is directed to close this file.

DATED this 30th day of May, 2024.

–1–

Dana L. Christensen, District Judge
United States District Court